Docusign Envelope ID: 5DAA0CC2-149E-89A2-83FA-89GD7ADB21F5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN MICHAEL WARREN,
DEBORAH COTE, ANDREW
BUNEKO, and MOHAMED
YOUSSEF, AMIN BRIHMAT,
on behalf of themselves and all
others similarly situated,

       Case No.:1:26-CV-00556

       Plaintiff,

v.

DANAHER CORPORATION,
BECKMAN COULTER, INC.,
INTEGRATED DNA TECHNOLOGIES,
INC., PALL CORPORATION, CYTIVA,
and ABCAM,

       Defendants.

_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN AND MORGAN P.A.

- I, <u>JAY HUMPHRIES</u>, consent to join the above styled lawsuit alleging violations of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq. ("ADEA"), the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq. ("FCRA"), New York State Human Rights Law, Article 15 §§ 290-301 ("NYSHRL"), California Fair Employment and Housing Act, Gov. Code § 12940 et seq. ("FEHA") and the Louisiana Employment Discrimination Law, LA Rev Stat § 23:312 ("LEDL").
- I am similarly situated to the named Plaintiff in this matter because I applied for a position with Defendants and was rejected in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and understand I will be bound be such decisions;
- I agree to be represented by Morgan and Morgan, counsel for the named Plaintiff;
- In the event this action is not certified, or gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Signature: _____*Jay Humphries*_____ Date: 5/22/2026 | 1:43 PM EDT

Docusign Envelope ID: 5DAA0CC2-149E-89A2-82FA-89GD7ADB21E5

Address:  c/o Morgan and Morgan, P.A.
     20 N. Orange Avenue, 15th Floor
     Orlando, Florida 32801