## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN MICHAEL WARREN<br>1144 Springwater Drive<br>Mandeville, LA 70471<br>DEBORAH COTE<br>17108 Vardon Terrace<br>Bradenton, FL 34211<br>ANDREW BUNENKO<br>1331 Seabridge Lane<br>Oxnard, CA 93035<br>MOHAMED YOUSSEF AMIN BRIHMAT<br>27 Golden Ave. Apt. F02<br>Deer Park, NY 11729<br>on behalf of themselves and all others<br>similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
| **Plaintiffs,** | ) | **CASE NO.: 1:26-cv-00556-MJS** |
|  | ) |  |
| v. | )<br>) |  |
| DANAHER CORPORATION<br>2200 Pennsylvania Avenue NW, Suite 800W<br>Washington DC 20037<br>BECKMAN COULTER, INC.<br>250 S Kraemer Blvd<br>Brea, CA 92821<br>INTEGRATED DNA TECHNOLOGIES, INC.<br>1710 Commercial Park<br>Coralville, IA 52241<br>PALL CORPORATION<br>25 Harbor Park Drive<br>Port Washington, NY 11050<br>CYTIVA<br>100 Results Way<br>Marlborough, MA 01752<br>ABCAM<br>152 Grove Street, Suite 1100<br>Waltham, MA 02453 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
| **Defendants.** | )<br>) |  |

326066901v.1

## <u>DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and improperly named Danaher Corporation, by and through their attorneys, Seyfarth Shaw LLP, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submit their corporate disclosure statement.

Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, and Abcam are indirect wholly-owned subsidiaries of Danaher Corporation.

Defendant Danaher Corporation is a publicly-traded company.  No parent corporation or publicly held corporation owns at least 10% of Danaher Corporation's stock.

Dated:  May 29, 2026                     Respectfully submitted,

                                         SEYFARTH SHAW LLP


                                         By:  */s/ Samantha L. Brooks*
                                         Samantha L. Brooks, DC Bar 1033641
                                         sbrooks@seyfarth.com
                                         SEYFARTH SHAW LLP
                                         975 F. Street, N.W.
                                         Washington, DC  20004
                                         Telephone:    (202) 463-2400
                                         Facsimile:    (202) 828-5393

                                         Christopher J. DeGroff, *pro hac vice forthcoming*
                                         CDeGroff@seyfarth.com
                                         Michael D. Jacobsen, *pro hac vice forthcoming*
                                         mjacobsen@seyfarth.com
                                         SEYFARTH SHAW LLP
                                         233 South Wacker Drive
                                         Chicago, Illinois  60606
                                         Telephone:    (312) 460-5000
                                         Facsimile:    (312) 460-7000

326066901v.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing Defendants' Rule 7.1 Corporate Disclosure Statement was filed by CM/ECF, this 29th day of May 2026, with electronic notification to all counsel of record.

By: */s/ Samantha L. Brooks*
Samantha L. Brooks, DC Bar 1033641
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, N.W.
Washington, DC  20004
Telephone:    (202) 463-2400
Facsimile:    (202) 828-5393

326066901v.1