UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MICHAEL WARREN,<br>DEBORAH COTE, ANDREW BUNENKO,<br>MOHAMED YOUSSEF AMIN BRIHMAT,<br>on behalf of themselves and all others<br>similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DANAHER CORPORATION,<br>BECKMAN COULTER, INC.,<br>INTEGRATED DNA TECHNOLOGIES, INC.,<br>PALL CORPORATION, CYTIVA, and<br>ABCAM<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 1:26-cv-00556-MJS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Samantha L. Brooks (D.C. Bar No. 1033641), a member in good standing of the Bar of

the District of Columbia and counsel for Defendants Beckman Coulter, Inc., Integrated DNA

Technologies, Inc., Pall Corporation, Cytiva, Abcam, and improperly named Danaher

Corporation, and pursuant to Civil Local Rule 83.2(c)(2), move for the admission and

appearance of attorney Christopher J. DeGroff *pro hac vice* in the above-entitled action.  This

motion is supported by the Declaration of Christopher J. DeGroff and Certificate of Good

Standing, filed herewith.

As set forth in Mr. DeGroff's declaration, he is admitted and an active member in good

standing of the State Bars of Illinois and Indiana.  Mr. DeGroff is also a member in good

standing of the Bar of the United States District Court for the Northern District of Illinois, as

well as other courts identified in the declaration.

326123167v.1

This motion is supported and signed by Samantha L. Brooks, an active and sponsoring member of the Bar of this Court.

Dated: June 1, 2026

Respectfully submitted,

By: /s/  *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

Christopher J. DeGroff (to be admitted *pro hac vice*)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
(312) 460-5982
(312) 460-7982 (facsimile)

*Counsel for Defendants Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Pall Corporation, Cytiva, Abcam, and Danaher Corporation.*

2

326123167v.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Defendants' Motion for Admission of Attorney *Pro Hac Vice* was filed by CM/ECF, this 1st day of June, 2026, with electronic notification to all counsel of record.

/s/  *Samantha L. Brooks*
Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

326123167v.1