AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia ▼

| | | |
|---|---|---|
| WARREN et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-00556-MJS |
| DANAHER CORPORATION et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS DANAHER CORPORATION, et. al.                                           .

Date:     06/03/2026

/s/ Christopher J. DeGroff
*Attorney's signature*

Christopher J. DeGroff, admitted pro hac vice
*Printed name and bar number*
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

*Address*

cdegroff@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*