AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHN MICHAEL WARREN , et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00556-MJS |
| DANAHER CORPORATION, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff's John Michael Warren, et al.                                                            .

Date:    06/08/2026

/s/ Marc R. Edelman
*Attorney's signature*

Marc R. Edelman, admitted pro hac vice
*Printed name and bar number*

201 North Franklin Street, 7th Floor
Tampa, FL 33602

*Address*

Medelman@forthepeople.com
*E-mail address*

(813) 577-4722
*Telephone number*

(813) 257-0572
*FAX number*