AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JOHN MICHAEL WARREN , et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00556-MJS |
| DANAHER CORPORATION, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff's John Michael Warren, et al.                                                                      .

Date:        06/08/2026                                              /s/ Sophia L. Walker
                                                                              *Attorney's signature*

                                                            Sophia L. Walker, admitted pro hac vice
                                                                        *Printed name and bar number*

                                                            201 North Franklin Street, 7th Floor
                                                                        Tampa, FL 33602

                                                                                  *Address*

                                                            Sophia.walker@forthepeople.com
                                                                              *E-mail address*

                                                                        (813) 424-5603
                                                                        *Telephone number*

                                                                        (813) 329-6944
                                                                              *FAX number*