**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

JOHN MICHAEL WARREN,
1144 Springwater Drive
Mandeville, LA 70471
DEBORAH COTE,
17108 Vardon Terrace
Bradenton, FL 34211
ANDREW BUNENKO,
1331 Seabridge Lane
Oxnard, CA 93035
MOHAMED YOUSSEF AMIN BRIHMAT,
27 Golden Ave. Apt. F02
Deer Park, NY 11729
on behalf of themselves and all
others similarly situated,

               Case No.: 1:26-CV-00556-MJS

     **Plaintiffs,**

v.

DANAHER CORPORATION,
2200 Pennsylvania Avenue NW, Suite 800W
Washington DC 20037
BECKMAN COULTER, INC.,
250 S Kraemer Blvd
Brea, CA 92821
INTEGRATED DNA TECHNOLOGIES, INC.,
1710 Commercial Park
Coralville, IA 52241
PALL CORPORATION,
25 Harbor Park Drive
Port Washington, NY 11050
CYTIVA,
100 Results Way
Marlborough, MA 01752
ABCAM
152 Grove Street, Suite 1100
Waltham, MA 02453

    **Defendants.**
_____/

**PLAINTIFFS' MOTION TO EXTEND THE DEADLINE**
**FOR CLASS CERTIFICATION**

Plaintiffs move the Court for an order extending the deadline for filing their motion for class certification from the deadline set by Local Rule 23.1(b) to the end of discovery. Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding the relief sought in this motion on June 12, 2026. Defendants advised that they oppose the motion.

In support of this motion, Plaintiffs incorporate the reasons set forth in their accompanying Memorandum of Law.

Respectfully submitted by,
*/s/ George G. Triantis*
GEORGE G. TRIANTIS, ESQ.
D.C. Bar No.: 1671995
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-577-4761
Facsimile: 813-559-4870
Gtriantis@forthepeople.com

Marc R. Edelman, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar No.: 0096342
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
medelman@forthepeople.com

Sophia L. Walker
(*Admitted Pro Hac Vice*)
Florida Bar No.: 1068754
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-424-5603
Facsimile: 813-329-6944
sophia.walker@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will send an electronic notification to all counsel of record.

*/s/George G. Triantis*
George G. Triantis, Esq.